**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02790-NYW

YAFRANK HERNANDEZ VIERA,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of DHS,
TODD BLANCHE, Acting Attorney General,
CHARLES WALL, Deputy Director of U.S. ICE, and
JUAN BALTAZAR, Warden, Aurora Detention Center,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on August 10, 2026 [Doc. 16], it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1] is DENIED without prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents and against Petitioner. It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 10th day of August, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk